Ruth M. Skinner, appellant, v. John E. Barrett, appellee. Gen. No. 32,157.

Opinion filed March 26, 1928.

Good, Childs, Bobb & Westcott, for appellant; Walter E. Beebe, of counsel. Church, Haft, Robertson & Crowe, for appellee; Burt A. Crowe, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.